JAMES BINNS, Respondent, *v.* MARY E. S. WILLIAMS, as Executrix, etc., Appellant.

(Argued February 9, 1882 ; decided March 24, 1882.)

THIS action was brought against defendant as executrix of the will of Aras G. Williams, late sheriff of the county of Kings, to recover for goods levied upon by said testator by virtue of an execution against the Steiner Gas-light Manufacturing Company. Plaintiff claimed title under two agreements between him and said company. Defendant claimed that under the contracts the title was not absolutely transferred, but that the company had still a leviable interest. The court held, that under the agreements plaintiff became vested with absolute title, and therefore that defendant was liable.

*Samuel A. Noyes* for appellant.

*Samuel Morris* for respondent.

MILLER, J., reads for affirmance ; EARL and DANFORTH, JJ., concur ; ANDREWS, Ch. J., and FINCH, J., concur in result ; TRACY, J., took no part ; RAPALLO, J., absent

Judgment affirmed.